AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas
ENTERED
May 17, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:18MJ765-2 |
| ) | |
| ISAEL JUAN-PEREZ ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A PRELIMINARY DETENTION HEARING

A preliminary and detention hearing in this case are scheduled as follows:

| Place: | 515 Rusk St. Houston, TX JUDGE CHRISTINA A. BRYAN | Courtroom No.: | 701 |
|---|---|---|---|
| | | Date and Time: | 5/17/2018 at 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 16, 2018

*Judge's signature*

Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*