United States District Court
Southern District of Texas
**ENTERED**
June 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs | § | Criminal H 18-306 |
| | § | |
| Juan Montoya-Palacios | § | Judge Vanessa D. Gilmore |
| Isael Juan-Perez | § | |
| | § | |

### SCHEDULING ORDER

1. MOTIONS will be filed by      July 5, 2018

2. RESPONSES will be filed by      July 16, 2018

3. Proposed voir dire and charge to be filed by      August 10, 2018

4. PRETRIAL CONFERENCE is set for      August 13, 2018 at 9:30 a.m.

5. JURY selection and TRIAL set for      August 20, 2018 at 1:30 p.m.

6. Speedy trial limits waived? (yes/no)      no/yes

7. Estimated Trial Time      3 days

Direct questions about this schedule to BYRON THOMAS, Case Manager to United States District Judge Vanessa D. Gilmore at Byron_Thomas@txs.uscourts.gov (713) 250-5512.

SIGNED ON    6/14/2018    at Houston, Texas.

_Dena Palermo_
United States Magistrate Judge

_____
Assistant United States Attorney

_____
Attorney for Defendant

_____
Defendant

_____
Attorney for Defendant

_____
Defendant

CRIMINAL PROCEDURES

PRETRIAL MATERIALS

Pretrial materials will be filed as follows:

In duplicate: proposed voir dire to jury panel; proposed jury charge; legal memoranda citing issues to be tried with authorities.

PLEAS OF GUILTY

Once a plea agreement is reached, counsel should notify the case manager immediately for setting of a rearraignment.

The U. S. Attorney's Office should complete and deliver the Sentence Data Sheet and Plea of Guilty form to this Court's Chambers no later than 2 working days prior to the rearraignment.